FILED

09/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0354

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 23-0354

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LEROY MICHAEL CHARLES,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 4, 2024 within which to prepare, file, and serve the Appellant's ReplyBrief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2024